ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Herman Construction Group, Inc.                )   ASBCA No. 63358
                                               )
Under Contract No. N62473-14-C-3425            )

APPEARANCE FOR THE APPELLANT:          Jon G. Lycett, Esq.
                                         Counsel

APPEARANCE FOR THE GOVERNMENT:         Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney

ORDER OF DISMISSAL

The Board is in receipt of appellant's request to withdraw the appeal so it can "pursue its appeal in a different forum." The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket.

Dated: August 9, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63358, Appeal of Herman Construction Group, Inc., rendered in conformance with the Board's Charter.

Dated: August 9, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals